**Donald W. IRVIN, Appellant,**

v.

**Richard KING, Director of Revenue, State of Missouri, Respondent.**

No. WD 36598.

Missouri Court of Appeals, Western District.

Oct. 29, 1985.

Milt Harper, Columbia, for appellant.

Jerome S. Antel, III, Asst. Pros. Atty., Columbia, for respondent.

Before SHANGLER, P.J., and TURNAGE and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from the judgment of the circuit court to affirm decision of the Director of Revenue of the denial of a drivers license.

The decision of the Director is affirmed. Rule 84.16(b).